**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAURA A. GARCIA,

      Plaintiff,      20 **CIVIL** 10626 (OTW)

  -v-          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 24, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Commissioner's Motion for Judgment on the Pleadings is DENIED. The case is remanded for further administrative review under 42 U.S.C. § 405(g), including but not limited to a de novo hearing and a new decision.

**Dated:** New York, New York
    March 24, 2023

                **RUBY J. KRAJICK**

                _____
                **Clerk of Court**

         **BY:**  K. Mango
                _____
                **Deputy Clerk**