**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
LAURA A. GARCIA, :
                         Plaintiff, :
   -against- : 20-CV-10626 (OTW)
:
: **OPINION & ORDER**
:
COMMISSIONER OF SOCIAL SECURITY, :
                        Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On March 24, 2023, the Court entered an order remanding this case to the Commissioner of Social Security (the "Commissioner") for further proceedings pursuant to 42 U.S.C. § 405(g). (ECF 32). On June 19, 2023, Plaintiff moved for attorneys' fees in the amount of $8,956.60 pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412. (ECF Nos. 34-36). Defendant did not submit any opposition to Plaintiff's motion.

Upon consideration of Plaintiff's motion and accompanying submissions, and the Defendant's lack of opposition thereto, Plaintiff's motion for attorneys' fees is **GRANTED**. The Defendant is directed to pay Plaintiff the sum of eight thousand, nine hundred fifty-six dollars and sixty cents ($8,956.60) in attorneys' fees pursuant to the EAJA, 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorneys' fees under the EAJA in connection with this action. Fees may be paid to Plaintiff's counsel if Plaintiff has so agreed in writing, and Plaintiff owes no debt to the federal government that is subject to offset.

The Clerk of Court is respectfully directed to close ECF 34.

1

**SO ORDERED.**

Dated: November 6, 2023                                        *s/ Ona T. Wang*
          New York, New York                                  **Ona T. Wang**
                                                                                 United States Magistrate Judge